# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00210-CR

**Tony Jeremiah Mackey, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 10-04057-1, THE HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Tony Jeremiah Mackey has filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed: December 21, 2011

Do Not Publish